IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DOUGLAS M. CHERTOK and<br>VAST VENTURES LLC, a Florida<br>Limited Liability Company, | §<br>§<br>§<br>§ | No. 363, 2021 |
| Plaintiffs Below,<br>Appellants, | §<br>§<br>§<br>§ | Court Below:  Court of Chancery<br>of the State of Delaware |
| v. | §<br>§ | |
| ZILLOW, INC., a Washington<br>corporation (successor to NMD<br>INTERACTIVE, INC., a Delaware<br>corporation, aka STREETEASY, INC.), | §<br>§<br>§<br>§ | C.A. No. 2019-0849 |
| Defendants Below,<br>Appellee. | §<br>§<br>§ | |

Submitted:  May 11, 2022
Decided:  June 1, 2022

Before **VALIHURA**, **VAUGHN** and **MONTGOMERY-REEVES**, Justices.

## **O R D E R**

This 1st day of June 2022, having considered this matter on the briefs of parties and the record below, and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Court of Chancery it its Opinion dated October 18, 2021.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery be and the same hereby is AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice